**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Nole, et al.,

                        Plaintiffs,                  24-cv-6486

             -against-                  **ORDER**

Demaria's Hemlock Hill Farm, LLC.,
                        Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On February 6, 2025, the Court directed the parties to submit a letter to the Court by no later than March 31, 2025. (ECF No. 18). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **April 4, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                 April 1, 2025

                                                   _____
                                                     VICTORIA REZNIK
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025