UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Nole, et al.,

          Plaintiffs,      24-cv-6486

   -against-         **ORDER**

Demaria's Hemlock Hill Farm, LLC.,
          Defendants.
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  On May 5, 2025, the Court directed the parties to submit a letter to the Court by no later than May 9, 2025. (ECF No. 26). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **May 16, 2025**.

  **SO ORDERED.**

DATED:  White Plains, New York
      May 12, 2025

                 _____
                 VICTORIA REZNIK
                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2025