**MEMO ENDORSED**

CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

> In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Sept. 23, 2025 Status Teleconf. is GRANTED. The Status Teleconf is adjourned to Nov. 14, 2025 at 10:00 am. Counsel are directed to ECF No. 31 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 41.
> Dated: September 10, 2025
>         White Plains, NY

September 2, 2025

**MOTION FOR ADJOURNMENT**

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF and FACSIMILE**

The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

   Re: Nole v. Demaria's Hemlock Hill Farm LLC
      Case No. 24 Civ. 6486 (NSR) (VR)

Dear Judge Román,

  We are co-counsel to the plaintiff. We write jointly with defendants, with reference to the order of Magistrate Judge Victoria Reznik dated August 27, 2025 [Docket 39] and pursuant to the court's individual practices, Section 1E, to request an adjournment of the September 23, 2025 case management conference. This will be the second adjournment of the case management conference. The reason for the request is the Magistrate Judge has extended the discovery deadline in the case. This is a joint application. The parties conferred about alternate dates, and respectfully propose postponing the conference to a date in November. The parties jointly propose: November 4, 11, or 12.

  We thank the court for its consideration of this case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10/2025__

Respectfully submitted,

*/s/ Peter H. Cooper*

_____
Peter Hans Cooper

cc: Counsel of Record (Via E-mail)