UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Nole, et al.,

                        Plaintiffs,

-against-

Demaria's Hemlock Hill Farm, LLC.,

                        Defendants.
-----------------------------------------------------------------X

24-cv-6486

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On August 27, 2025, the Court directed the parties to submit a letter to the Court by no later than September 12, 2025, updating the Court on the dates chosen for the depositions and a settlement conference request, if any. (ECF No. 39). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **September 18, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                September 15, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1