UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Nole,

                                              Plaintiffs,

                  -against-

DiMaria's Hemlock Hill Farm LLC.,

                                              Defendant.
-------------------------------------------------------------------X

**RESCHEDULING ORDER**

*7:24-cv-6486 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

    The Settlement conference previously scheduled for **October 14, 2025**, before the Hon. Victoria Reznik, U.S.M.J., has been rescheduled for **October 24, 2025 at 9:30 am in Courtroom 420.**

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE CHANGE IMMEDIATELY!**

    SO ORDERED.

DATED:    White Plains, New York
               October 14, 2025

                                                             _____
                                                             VICTORIA REZNIK
                                                             United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2025