**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Edwin Saiteros Nole,

                     Plaintiff,

            -against-
Demaria's Hemlock Hill
Farm LLC, et al.,

                  Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2025

7:24-cv-06486-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    Defendants filed a letter (ECF No. 48) containing an exhibit with sensitive personal information. Consequently, the Clerk of Court placed the letter under temporary seal and only viewable to "selected parties," or the attorneys of record. Defendants now explain that the exhibits were filed inadvertently without redactions of sensitive information and seek permission to re-file a redacted version of Exhibit C (ECF No. 48-3). For this reason, the request to redact is GRANTED.

    Defendants' counsel is directed to re-file a redacted copy of the letter (ECF No. 48) and accompanying Exhibits, by no later than November 4, 2025, in compliance with the Federal Rule of Civil Procedure 5.2 and Southern District of New York's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF Cases ("ECF Privacy Policy").

    The Clerk of Court is respectfully directed to maintain ECF No. 48-3 under seal and only viewable to "selected parties." The Clerk of Court is also kindly directed to close the gavel associated with ECF No. 49.

**SO ORDERED.**

DATED:      White Plains, New York
              10/31/2025

                                            VICTORIA REZNIK
                                            United States Magistrate Judge