**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Edwin Saiteros Nole,

                         Plaintiff,

            -against-

Demaria's Hemlock Hill
Farm LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

7:24-cv-06486-NSR-VR

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      As directed, defendants' counsel re-filed a redacted copy of defendants' letter (ECF No. 52) and accompanying Exhibits. However, the Court notes that Exhibit C (ECF No. 52-3) still contains unredacted sensitive personal information on page 5 of 88.[1] Defendants' counsel is directed to re-file a redacted copy of the letter (ECF No. 52) and accompanying Exhibits, by no later than November 7, 2025, in compliance with the Federal Rule of Civil Procedure 5.2 and Southern District of New York's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF Cases ("ECF Privacy Policy").

      The Clerk of Court is respectfully directed to place ECF No. 52-3 under seal and only viewable to "selected parties." The Clerk of Court is also kindly directed to close the gavel associated with ECF No. 52.

---

[1] All page numbers to documents filed on ECF refer to ECF pagination, printed in blue on the top of each page.

**SO ORDERED.**

DATED:   White Plains, New York
         11/04/2025

_____
VICTORIA REZNIK
United States Magistrate Judge