**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Nole, et al.,

Plaintiffs,

24-cv-6486

-against-

**ORDER**

Demaria's Hemlock Hill Farm, LLC.,
Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 2/3/2026 _

**VICTORIA REZNIK, United States Magistrate Judge:**

On January 7, 2026, the Court directed the parties to submit a joint status letter to the Court by no later than February 2, 2026, confirming that discovery is complete. (ECF No. 1862 The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **February 6, 2026**.

**SO ORDERED.**

DATED:    White Plains, New York
          February 3, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge